IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN C. MONROY,<br><br>Defendant. | PO-20-05073-BLG-TJC<br>Violation No. 9509933<br>Location Code:  M14<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |

Based on motion of the United States (Doc. 10), and good cause appearing,

IT IS ORDERED that the motion to dismiss with prejudice, Violation Notice 9509933 is GRANTED.  This matter is dismissed, with prejudice, as fully adjudicated.

DATED this 23rd day of December, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge